# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINE ANN YACONO,** ) | **NO. EDCV 18-1712-KS** |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | |
| **ANDREW M. SAUL**,[1] **Commissioner** ) | |
| **of Social Security,** ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: November 26, 2019

*Karen L. Stevenson*
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Andrew M. Saul is now the Commissioner of the Social Security Administration. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court orders that the caption be amended to substitute Andrew M. Saul for Nancy A. Berryhill as the defendant in this action.